UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                                       :

PARK EMPLOYEES' AND RETIREMENT BOARD   :
EMPLOYEES' ANNUITY AND BENEFIT FUND OF  :
CHICAGO,                                                        :
                                                                       :          20-MC-328 (JMF)
                        Plaintiff,   :
                                                                        :               ORDER
          -v-                                                :

ENDO INTERNATIONAL PLC et al.,                 :

                       Defendants.  :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Pursuant to the Court's order of September 22, 2020, ECF No. 12, the Court has received the following letter, attached here as Exhibit A, via email from Siebert Williams Shank & Co., LLC ("Siebert"). Park Employees' and Retirement Board Employees' Annuity and Benefit Fund of Chicago (the "Movant") shall promptly serve a copy of this Order on both Siebert and the parties that served the subpoena (Endo International plc, Rajiv Kanishka Liyanaarachchie De Silva, Suketu P. Upadhyay, and Paul V. Campanelli) and file proof of such service.

       SO ORDERED.

Dated: September 25, 2020
       New York, New York
                                                            JESSE M. FURMAN
                                                            United States District Judge

# EXHIBIT A



September 24, 2020

**<u>BY EMAIL</u>**

The Honorable Jesse M. Furman
United States District Court for the Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007
Email: Furman_NYSDChambers@nysd.uscourts.gov

    Re:   *Park Employees' and Retirement Board Employees' Annuity and Benefit Fund of Chicago v. Endo Intl. PLC*; No. 20-MC-328 (JMF)

Dear Judge Furman:

    Siebert Williams Shank & Co., LLC ("SWS") is the non-party subject of the subpoena at issue in the above-referenced motion to quash proceedings filed by the Park Employees' and Retirement Board Employees' Annuity and Benefit Fund of Chicago (ECF Nos. 1-3) (the "Motion"). Pursuant to this Court's order (ECF No. 12) and Rule 45(f) of the Federal Rules of Civil Procedure, SWS consents to the transfer of the Motion to the U.S. District Court for the Eastern District of Pennsylvania.

    Respectfully submitted,

    /s/ Ateesh S. Chanda

    Ateesh S. Chanda
    General Counsel

cc:    John A. Kehoe, Esq.
        Thomas J. Giblin, Esq.