```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                     :
PARK EMPLOYEES' AND RETIREMENT BOARD                                 :
EMPLOYEES' ANNUITY AND BENEFIT FUND OF                               :
CHICAGO,                                                             :
                                                                     :        20-MC-328 (JMF)
                                          Plaintiff,                 :
                                                                     :              ORDER
         -v-                                                         :
                                                                     :
ENDO INTERNATIONAL PLC et al.,                                       :
                                                                     :
                                          Defendants.                :
                                                                     :
---------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

      Siebert Williams Shank & Co., LLC ("Siebert"), the non-party subject of the subpoena at issue this case, indicates that it consents to transfer of this case to the United States District Court for the Eastern District of Pennsylvania, *see* ECF No. 15, at 3, and Defendants "do not oppose transfer," ECF No. 16, at 1 n.1.  Moreover, no party has "show[n] cause why 'exceptional circumstances' do not justify transfer pursuant to Rule 45(f)."  ECF No. 12.  Accordingly, for the reasons set forth in the Court's Order of September 22, 2020, *see* ECF No. 12, the Court hereby ORDERS this case to be transferred to the United States District Court for the Eastern District of Pennsylvania pursuant to Rule 45(f) of the Federal Rules of Civil Procedure.

      The Clerk of Court is directed to **immediately** transfer this case to the United States District Court for the Eastern District of Pennsylvania (notwithstanding Local Rule 83.1); to terminate ECF No. 1; and to close this case in this District.

      SO ORDERED.

Dated: September 27, 2020
       New York, New York
                                                  JESSE M. FURMAN
                                                  United States District Judge